# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

James E. Brown,
    Petitioner,

v.                           Case No. 1:17cv583

Warden, Chillicothe
Correctional Institution,                Judge Michael R. Barrett
    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 31, 2018 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is administratively **STAYED** and **TERMINATED** from this Court's active docket pending petitioner's exhaustion of his Ohio remedies.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                      */s/ Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge